Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | Ryan | Dean | Murphey |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Minnesota

Case number 26-40141

☑ Check if this is an amended filing

# Official Form 106A/B

## Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1 **610 Second Ave SW**
Street address, if available, or other description

**Wells, MN 56097**
City State ZIP Code

**Faribault**
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $205,100.00 | $102,550.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee Simple

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**
LOT TEN (10) EXCEPT THE SOUTH 10 FEET THEREOF AND ALL OF LOT NINE (9) IN BLOCK ONE (1) OF MURET N. LELAND'S ADDITION TO THE VILLAGE OF WELLS AS DESIGNATED UPON THE PLAT OF SAID ADDITION ON FILE IN THE OFFICE OF THE REGISTER OF DEEDS (NOW COUNTY RECORDER) IN AND FOR FARIBAULT COUNTY, MINNESOTA

If you own or have more than one, list here:

1.2 **206 2nd St SW/108 1st Ave SE**
Street address, if available, or other description

**Dodge Center, MN 55927-7762**
City State ZIP Code

**Dodge**
County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $307,500.00 | $307,500.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**
**Parcel A Lots Six (6), Seven (7), and Eight (8), and the West 5 feet of the North 42 feet of Lot Nine (9) and the West 6 feet of the South 65 feet of Lot Nine (9), and one-half of vacated alley lying North of said lots, all in Block Four (4), Original Plat of the City of Dodge Center, Dodge County, Minnesota.**

1.3 **4432 Shoreline Drive**
Street address, if available, or other description

**Minneapolis, MN 55422-1504**
City State ZIP Code

**Hennepin**
County

**What is the property?** Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $180,100.00 | $180,100.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**
**That part of Lots 21 and 22, Block 9, Parkerside, described as follows: Commencing at the Southeast corner of said Lot 22; thence continuing in a Westerly direction along the Southerly line of said Lot 22, a distance of 60.49 feet; thence in a Northerly direction along a straight line to a point on the Northwesterly line of said Lot 21, distant 43 feet Southwesterly from the Northeast corner of said Lot 21; thence Northeasterly along the Northwesterly line of said Lot 21 to the Northeast corner thereof; thence Southerly along the Northeasterly line of said Lots 21 and 22, a distance of 150 feet to the point of beginning. AND Parcel B Lots Ten (10) and Eleven (11), Twelve (12) and Thirteen (13) in Block Twenty (20), and the West half vacated alley, to the Original Plat of the City of Dodge Center, Dodge County, Minnesota.**

**Source of Value:** Tax Statement

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ........ ➔ **$590,150.00**

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

3.1 Make: **Ford**
Model: **F-150**
Year: **2020**
Approximate mileage: **90000**
Other information:

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$25,000.00** | **$25,000.00** |

If you own or have more than one, describe here:

3.2 Make: **BMW**
Model: **740**
Year: **2019**
Approximate mileage:
Other information:

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$16,000.00** | **$16,000.00** |

3.3 Make: **Ford**
Model: **Ranger**
Year: **1997**
Approximate mileage: **120000**
Other information:

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,000.00** | **$1,000.00** |

3.4 Make: **Harley**
Model: **FXS**
Year: **2005**
Approximate mileage: **35000**
Other information:
**VIN: 1HD1BZB175Y059191**

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$3,000.00** | **$3,000.00** |

Debtor **Murphey, Ryan Dean** Case number *(if known)* **26-40141**

3.5 Make: **Ford**
Model: **F-250**
Year: **2007**
Approximate mileage: **14000**
Other information:

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| **$2,000.00** | **$2,000.00** |

3.6 Make: **Audi**
Model: **TT**
Year: **2000**
Approximate mileage: **131000**
Other information:

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| **$1,700.00** | **$1,700.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☑ No
- ☐ Yes

4.1 Make:
Model:
Year:
Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| | |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ........ ➔ **$48,700.00**

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

- ☐ No
- ☑ Yes. Describe. .........

**Miscellaneous goods and household items with very little value** — **$200.00**

Debtor **Murphey, Ryan Dean** Case number *(if known)* **26-40141**

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

❑ No
☑ Yes. Describe. ......... **Cell phone** **$1,100.00**

8. **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
❑ Yes. Describe. .........

9. **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
❑ Yes. Describe. .........

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

❑ No
☑ Yes. Describe. ......... **Two Glocks .17 and .42** **$650.00**

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

❑ No
☑ Yes. Describe. ......... **Miscellaneous common clothing items** **$350.00**

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

❑ No
☑ Yes. Describe. ......... **Gold Chain (350 g)** **$30,000.00**

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

❑ No
☑ Yes. Describe. ......... **Two dogs** **$0.00**

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
❑ Yes. Give specific information. .............

Debtor **Murphey, Ryan Dean** Case number *(if known)* **26-40141**

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........ ➔ **$32,300.00**

## Part 4: Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes ........ Cash: ........

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes ........ Institution name:

| | Institution name | Current value |
|---|---|---|
| 17.1. Checking account: | **MBT**<br>**Account Number: 1970** | **$2,053.42** |
| 17.2. Checking account: | **Wells Fargo**<br>**Account Number: 9762** | **$441.60** |
| 17.3. Checking account: | **Wells Fargo**<br>**Account Number: 7350** | **$500.44** |
| 17.4. Checking account: | **Wells Fargo**<br>**Account Number: 6964** | **$214.85** |
| 17.5. Checking account: | **Wells Fargo**<br>**Account Number: 2478** | **$0.00** |
| 17.6. Checking account: | **Wells Fargo**<br>**Account Number: 9460** | **$0.15** |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ........ Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

❑ Yes. Give specific information about them.................... Name of entity: % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

❑ Yes. Give specific information about them.................... Issuer name:

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

❑ Yes. List each account separately. Type of account: Institution name:

401(k) or similar plan:

Pension plan:

IRA:

Retirement account:

Keogh:

Additional account:

Additional account:

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
❑ Yes ...................... Institution name or individual:

Electric:
Gas:
Heating oil:
Security deposit on rental unit:
Prepaid rent:
Telephone:
Water:
Rented furniture:
Other:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
❑ Yes .................... Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
❑ Yes .................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
❑ Yes. Give specific information about them. ...

Debtor **Murphey, Ryan Dean** Case number *(if known)* **26-40141**

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

❑ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

❑ Yes. Give specific information about them. ...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No

❑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ..................

Federal:

State:

Local:

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

❑ Yes. Give specific information. ........

Alimony:

Maintenance:

Support:

Divorce settlement:

Property settlement:

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

❑ Yes. Give specific information. ........

Debtor **Murphey, Ryan Dean** Case number *(if known)* **26-40141**

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | |
| | | |
| | | |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ..............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ........ ➔ **$3,210.46**

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor **Murphey, Ryan Dean** Case number *(if known)* **26-40141**

38. **Accounts receivable or commissions you already earned**

☑ No

❑ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

❑ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

❑ Yes. Describe. .........

41. **Inventory**

☑ No

❑ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**

☑ No

❑ Yes. Describe .......

| Name of entity: | % of ownership: | |
|---|---|---|
| | | |
| | | |
| | | |

43. **Customer lists, mailing lists, or other compilations**

☑ No

❑ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

❑ No

❑ Yes. Describe. .........

44. **Any business-related property you did not already list**

❑ No

☑ Yes. Give specific information .........

| | |
|---|---|
| **100% Ownership in Murphey Sanitation and Transport, LLC** | **$0.00** |
| **100% ownership interest in Thin Blue Line, LLC** | **$0.00** |
| **100% ownership interest in United Labworks, L.L.C.** | **$0.00** |

Debtor **Murphey, Ryan Dean** Case number *(if known)* **26-40141**

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ........ ➔ **$0.00**

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.

**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

❑ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

❑ Yes ..........

48. **Crops—either growing or harvested**

☑ No

❑ Yes. Give specific information. ..........

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

❑ Yes ..........

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

❑ Yes ..........

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

❑ Yes. Give specific information. ..........

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........ ➔ **$0.00**

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........................................................ ➔ **$0.00**

## Part 8: List the Totals of Each Part of this Form

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................................ | | ➔ | **$590,150.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$48,700.00** | | |
| 57. | **Part 3: Total personal and household items, line 15** | **$32,300.00** | | |
| 58. | **Part 4: Total financial assets, line 36** | **$3,210.46** | | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | | |
| 62. | **Total personal property.** Add lines 56 through 61. .............. | **$84,210.46** | Copy personal property total ➔ | + **$84,210.46** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................ | | | **$674,360.46** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Ryan | Dean | Murphey |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Minnesota**

Case number (if known) **26-40141**

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **1997 Ford Ranger**<br>Line from *Schedule A/B:* **3.3** | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **2005 Harley FXS VIN: 1HD1BZB175Y059191**<br>Line from *Schedule A/B:* **3.4** | **$3,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☑ No
   - ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ☐ No
     - ☐ Yes

Debtor 1 Ryan Dean Murphey (First Name, Middle Name, Last Name) Case number *(if known)* 26-40141

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own (Copy the value from *Schedule A/B*) | Amount of the exemption you claim (*Check only one box for each exemption.*) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2007 Ford F-250**<br>Line from *Schedule A/B*: **3.5** | **$2,000.00** | ☑ **$2,000.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **2000 Audi TT**<br>Line from *Schedule A/B*: **3.6** | **$1,700.00** | ☑ **$1,700.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Miscellaneous goods and household items with very little value**<br>Line from *Schedule A/B*: **6** | **$200.00** | ☑ **$200.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Cell phone**<br>Line from *Schedule A/B*: **7** | **$1,100.00** | ☑ **$1,100.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Two Glocks .17 and .42**<br>Line from *Schedule A/B*: **10** | **$650.00** | ☑ **$650.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Miscellaneous common clothing items**<br>Line from *Schedule A/B*: **11** | **$350.00** | ☑ **$350.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Gold Chain (350 g)**<br>Line from *Schedule A/B*: **12** | **$30,000.00** | ☑ **$2,125.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| | | ☑ **$11,025.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Debtor 1 **Ryan** **Dean** **Murphey** Case number *(if known)* **26-40141**
First Name Middle Name Last Name

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Two dogs**<br>Line from *Schedule A/B*: **13** | **$0.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Wells Fargo Checking account Acct. No.: 9762**<br>Line from *Schedule A/B*: **17** | **$441.60** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Wells Fargo Checking account Acct. No.: 7350**<br>Line from *Schedule A/B*: **17** | **$500.44** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Wells Fargo Checking account Acct. No.: 6964**<br>Line from *Schedule A/B*: **17** | **$214.85** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **MBT Checking account Acct. No.: 1970**<br>Line from *Schedule A/B*: **17** | **$2,053.42** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Fill in this information to identify your case:

Debtor 1: Ryan Dean Murphey
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Minnesota

Case number (if known): 26-40141

☑ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Mark Scrivner<br>Name<br>13822 Mallard Trl<br>Number Street<br>Rogers, MN 55374-8994<br>City State ZIP Code | Installment agreement to purchase Fastest Labs of Plymouth<br>Contract to be ASSUMED |
| 2.2 | Name<br>Number Street<br>City State ZIP Code | |
| 2.3 | Name<br>Number Street<br>City State ZIP Code | |
| 2.4 | Name<br>Number Street<br>City State ZIP Code | |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Ryan | Dean | Murphey |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of Minnesota | | |
| Case number (if known) | 26-40141 | | |

☑ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. ***Schedule A/B: Property*** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.......... | $590,150.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.......... | $84,210.46 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*.......... | $674,360.46 |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $1,123,410.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.......... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......... | + $783,207.50 |
| **Your total liabilities** | $1,906,617.50 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.......... | ($2,703.39) |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.......... | $0.00 |

Debtor 1 **Ryan** **Dean** **Murphey** Case number *(if known)* **26-40141**
First Name Middle Name Last Name

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   - ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   - ☑ Yes

7. **What kind of debt do you have?**
   - ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   - ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income***: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. ____________

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| From Part 4 on Schedule E/F, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | ____________ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | ____________ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | ____________ |
| 9d. Student loans. (Copy line 6f.) | ____________ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | ____________ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + ____________ |
| 9g. **Total**. Add lines 9a through 9f. | ____________ |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Ryan Murphey  Case No. 26-40141

Debtor(s).

**SUMMARY OF AMENDMENTS TO VOLUNTARY PETITION, LISTS, SCHEDULES AND STATEMENTS**

1. Attached to this form are the following amended documents:

- ☐ Petition
- ☑ Schedule A/B
- ☑ Schedule C
- ☐ Schedule D
- ☐ Schedule E/F
- ☑ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J
- ☐ Schedule J-2
- ☑ Summary of assets and liabilities and certain statistical information (note that this Summary MUST BE submitted with any amended schedule)
- ☐ Statement of financial affairs
- ☐ Statement of intention
- ☐ Statement of current monthly income/means test calculation
- ☐ Other (specify):

2. For each amended document attached, clearly identify all changes (additions and deletions) to the amended document when compared with the original or most recent amendment:

Schedule A/B PART 4 NOW 17.1 MBT 1970, $2053.42; 17.2 WF 9762, $441.60; 17.3 WF 7350 $500.44; 17.4 WF 6964, $214.85; 17.5 WF 2478, $0.00; 17.6 WF 9460, $.15; 36. $3210.46
PART 5 44. Yes, 100% Ownership in Murphey Sanitation and Transport, LLC, 100% Ownership interest in Thin Blue Line, LLC, 100% Ownership interest in United Labworks, LLC;
PART 8 62. $84,210.46, $84,210.46 63. $674,360.46.
Schedule C PART 2 WF 9762, $441.60, $0, 11U.S.C.§ 522(d)(5); WF 7350, $500.44, $0 11U.S.C.§ 522(d)(5); WF 6964, $214.85, $0, 11U.S.C.§ 522(d)(5); MBT 1970, $2053.42, $0 11U.S.C.§ 522(d)(5)
Schedule G 1. YES; 2.1 Mark Scrivner, 13822 Mallard Trl, Rogers, MN 55374-8994
Form 106Sum NOW 1b $84,210.46; 1c $674,360.46; 3b $783,207.50, Total $1,906,617.50

---------------------------------------------------------------------------------------------------

# UNSWORN CERTIFICATE OF SERVICE

---------------------------------------------------------------------------------------------------

In Re:

Ryan Dean Murphey

Bky File No.: 26-40141

I, Gina Peterson, declare under penalty of perjury that on April 8, 2026 I mailed copies of the attached Amended Schedules A, B, C, G and Amended Summary of Your Asset and Liabilities and Certain Statistical Information by first class mail postage prepaid to each entity named below at the address stated:

Case Number: 26-40141

Minneapolis
301 Diana E. Murphy U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320
(Electronically)

Advancial Federal Credit Union
Po Box 276711
Sacramento, CA 95827-6711

Alerus Financial
P O Box 64533
Saint Paul, MN 55164-0533

Altra Federal Credit Union
PO Box 443
La Crosse, WI 54602-0800

American Family Insurance Group
P O Box 1246
Mpls, MN 55440-1246

Austin Credit Bureau
P O Box 56
401 North Main Street Suite 206
Austin, MN 55912-3309

Austin Utilities
1908 14th Street NE
Austin, MN 55912-4904

Balboa Capital
575 Anton Blvd
Costa Mesa, CA 92626-7685

Bevcomm
123 W 7th St
Blue Earth, MN 56013-1309

Bratt Tree
5612 Corvallis Ave N
Minneapolis, MN 55429-3564

CBE Group Inc
1309 Technology Pkwy
Cedar Falls, IA 50613-6976

Citibank N.A.
P O Box 790110
Saint Louis, MO 63179-0110

City of Warren
120 E Bridge Ave
Warren, MN 56762-1503

Collection Bureau of America
Po Box 5013
Hayward, CA 94540-5013

Collection Bureau of Little Falls
Po Box 246 120 19th Street Se
Little Falls, MN 56345-0246

Community Bank Owatonna
640 W Bridge St
Owatonna, MN 55060-2702

Credit Bureau of Alexandria
2308 S Broadway st Ste 9
Alexandria, MN 56308-4517

Credit Collection Services
725 Canton Street
Norwood, MA 02062-2679

D.S. Erickson & Associates
7650 Edinborough Way Suite 500
Edina, MN 55435-6005

Dean Swenson
60313 210th Ave
Dodge Center, MN 55927-8020

Dental Center
2800 4th St Sw
Mason City, IA 50401-1596

Dobberstein Law Firm
Po Box 470
Brookfield, WI 53008-0470

Garden Valley
206 Vance Ave S P O Box 259
Erskine, MN 56535-0259

Grand Fork Herald
3535 S 31st Street Suite 5
Grand Forks, ND 58201-3591

Greenburg, Grant & Richards
5858 Westheimer Rd Ste 500
Houston, TX 77057-5645

Guardian Pest solutions
3131 Halvor Ln
Superior, WI 54880-2273

Harris & Harris
111 West Jackson Blvd Suite 400
Chicago, IL 60604-4135

Hinshaw & Culbertson
250 Nicollet Mall
Minneapolis, MN 55401-7549

Jem, Inc.
13822 Mallard Trail
Rogers, MN 55374-8994

Jennifer Murphy
610 2nd Ave SW
Wells, MN 56097-1316

Jones, Haugh. Smith
515 S Washington Ave
Albert Lea, MN 56007-2691

Kwik Trip Inc
P O Box 1597
La Crosse, WI 54602-1597

L.J. Ross Associates
4 Universal
Jackson, MI 49202-1455

Latvian Credit Union
3152 17th Ave S
Minneapolis, MN 55407-1821

Lincoln Savings Bank
302 Main St
Cedar Falls, MN 50613-2721

Linderm dba Les Nelson Investments
1524 Us Highway 18 W P O Box 607
Clear Lake, IA 50428-0607

M2 Equipment Finance
20800 Swenson Dr Ste 475
Waukesha, WI 53186-2075

Mankato Clinic LTD
Po Box 8674
Mankato, MN 56002-8674

Mayo Health System
Patient Accounts
4500 San Pablo Rd S
Jacksonville, FL 32224-1865

Meghana& San Juna Inc
16955 Enfield Way
Lakeville, MN 55044-4771

Mike Cooper
2701 15th Ave Nw
Austin, MN 55912-6373

Minnesota Energy Resources
P O Box 2176
Scottsbluff, NE 69363-2176

Nauni Manti
150 S 5th St Ste 3125
Minneapolis, MN 55402-4221

Nelnet
Attn: Claims
PO Box 82505
Lincoln, NE 68501-2505

NewRez, LLC
1100 Virginia Dr Ste 125
Ft Washington, PA 19034-3235

Pawn Works
1301 Riverwood Dr
Burnsville, MN 55337-1547

PROFESSIONAL ACCOUNT MANAGEMENT LLC
PO BOX 500
HORSEHEADS NY 14845-0500

Pucin & Friedland
935 National Pkwy Ste 40
Schaumburg, IL 60173-5150

Radius Global Solutions LLC
P O Box 390846
Minneapolis, MN 55439-0846

Rochester Plumbing & Heating Co
P O Box 7125
2728 Seventh Street NW
Rochester, MN 55903-7125

Royal Credit Union
P O Box 970
Eau Claire, WI 54702-0970

TSI
Po Box 15618 Dept 938
Wilmington, DE 19850-5618

Tonna Mechanical, Inc
2411 7th Street NW
Rochester, MN 55901-7635

Transworld Systems
Dept 938
P O Box 15618
Wilmington, DE 19850-5618

Tx Tag
Po Box 650740
Dallas, TX 75265-0740

U. S. Small Business Administration
Commercial Loan Servicing Center
2719 North Air-Fresno Drive Suite 107
Fresno, CA 93727-1547

U.S. Department of Education
Office of General Counsel
400 Maryland Ave SW Suite 6E300
Washington, DC 20202-2110

US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415-3070

VIRTUOSO SOURCING GROUP
4500 CHERRY CREEK DRIVE SOUTH SUITE 500
GLENDALE CO 80246-1500

the Receivable Management Service
Po Box 5000
Fogelsville, PA 18051-5000

Mary Jo A Jensen-Carter
Buckley & Jensen
1257 Gun Club Road
White Bear Lake, MN 55110-3379

Ryan Dean Murphey
4432 Shoreline Dr
Minneapolis, MN 55422-1504

Total Labels 62

Executed on: April 8, 2026

Signed:/e/Gina Peterson

Gina Peterson
Bodensteiner Law Office
202 West Oakland Avenue
Austin MN 55912
(507)437-7686