Fill in this information to identify your case:

Debtor 1: Ryan (First Name) Dean (Middle Name) Murphey (Last Name)

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Minnesota

Case number (if known): 26-40141

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:* Property (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☑ No. Go to Part 2.
   - ☐ Yes.

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

4.1 **AMERICAN FAMILY INSURANCE GROUP** — **$477.00**

Nonpriority Creditor's Name

P O BOX 1246

Number Street

MPLS, MN 55440-1246

City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Ryan Dean Murphey — Case number *(if known)* 26-40141
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.2** **AUSTIN UTILITIES**
Nonpriority Creditor's Name
**1908 14TH STREET NE**
Number Street

**AUSTIN, MN 55912**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **$2,020.00**

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.3** **BALBOA CAPITAL**
Nonpriority Creditor's Name
**575 ANTON BLVD**
Number Street

**COSTA MESA, CA 92626-7169**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **$44,879.00**

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Loan**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Ryan Dean Murphey (First Name / Middle Name / Last Name) Case number (if known) 26-40141

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.4 **BEVCOMM**
Nonpriority Creditor's Name
**123 W 7TH ST**
Number Street

**BLUE EARTH, MN 56013-1309**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$459.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Services**

4.5 **BRATT TREE**
Nonpriority Creditor's Name
**5612 CORVALLIS AVE N**
Number Street

**MINNEAPOLIS, MN 55429-3551**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$2,091.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify ________

Debtor 1 Ryan Dean Murphey Case number *(if known)* 26-40141
First Name Middle Name Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.6 **CBE GROUP INC** — Last 4 digits of account number ____ — **$4,586.00**
Nonpriority Creditor's Name
When was the debt incurred? ____

1309 TECHNOLOGY PKWY
Number Street

CEDAR FALLS, IA 50613
City State ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collection Agency**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

4.7 **CITIBANK N.A.** — Last 4 digits of account number ____ — **$2,020.00**
Nonpriority Creditor's Name
When was the debt incurred? ____

P O BOX 790110
Number Street

SAINT LOUIS, MO 63179-0110
City State ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Debtor 1 **Ryan** **Dean** **Murphey** — Case number *(if known)* **26-40141**

First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.8** **CITY OF WARREN** — **$4,736.71**

Nonpriority Creditor's Name

**120 E BRIDGE AVE**

Number Street

**WARREN, MN 56762-1503**

City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** **2024**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Services**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**4.9** **COLLECTION BUREAU OF AMERICA** — **$138.00**

Nonpriority Creditor's Name

**PO BOX 5013**

Number Street

**HAYWARD, CA 94540-5013**

City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify ________

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Debtor 1 Ryan Dean Murphey — First Name / Middle Name / Last Name

Case number *(if known)* 26-40141

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.10** **COLLECTION BUREAU OF LITTLE FALLS**
Nonpriority Creditor's Name
**PO BOX 246 120 19TH STREET SE**
Number Street

**LITTLE FALLS, MN 56345-0246**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$2,029.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.11** **CREDIT BUREAU OF ALEXANDRIA**
Nonpriority Creditor's Name
**2308 S BROADWAY ST STE 9**
Number Street

**ALEXANDRIA, MN 56308-4517**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$1,987.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 **Ryan** **Dean** **Murphey** Case number *(if known)* **26-40141**
First Name Middle Name Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.12 **D.S. ERICKSON & ASSOCIATES**
Nonpriority Creditor's Name
**7650 EDINBOROUGH WAY SUITE 500**
Number Street

**EDINA, MN 55435**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$2,714.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collection Agency**

4.13 **DEAN SWENSON**
Nonpriority Creditor's Name
**60313 210TH AVE**
Number Street

**DODGE CENTER, MN 55927-8020**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$280,000.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Loan**

Debtor 1 Ryan Dean Murphey — Case number (if known) 26-40141
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.14 DENTAL CENTER** — **$1,333.00**
Nonpriority Creditor's Name
**2800 4TH ST SW**
Number Street

**MASON CITY, IA 50401-1596**
City State ZIP Code

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.15 GARDEN VALLEY** — **$617.00**
Nonpriority Creditor's Name
**206 VANCE AVE S P O BOX 259**
Number Street

**ERSKINE, MN 56535**
City State ZIP Code

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Ryan Dean Murphey Case number (if known) 26-40141
First Name Middle Name Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.16** **GRAND FORK HERALD** **$17.50**
Nonpriority Creditor's Name
**3535 S 31ST STREET SUITE 5**
Number Street

**GRAND FORKS, ND 58201**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.17** **GUARDIAN PEST SOLUTIONS** **$72.00**
Nonpriority Creditor's Name
**3131 HALVOR LN**
Number Street

**SUPERIOR, WI 54880-2273**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Ryan Dean Murphey — Case number (if known) 26-40141
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

4.18 **HARRIS & HARRIS**
Nonpriority Creditor's Name
111 WEST JACKSON BLVD SUITE 400
Number Street

CHICAGO, IL 60604
City State ZIP Code

**Last 4 digits of account number** ____ — **$641.00**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.19 **JONES, HAUGH. SMITH**
Nonpriority Creditor's Name
515 S WASHINGTON AVE
Number Street

ALBERT LEA, MN 56007
City State ZIP Code

**Last 4 digits of account number** ____ — **$200.00**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 **Ryan** **Dean** **Murphey** Case number *(if known)* **26-40141**
First Name Middle Name Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.20 **KWIK TRIP INC**
Nonpriority Creditor's Name
**P O BOX 1597**
Number Street
**LA CROSSE, WI 54602-9887**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$4,318.00**

**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

4.21 **LINDERM DBA LES NELSON INVESTMENTS**
Nonpriority Creditor's Name
**1524 US HIGHWAY 18 W P O BOX 607**
Number Street
**CLEAR LAKE, IA 50428-1105**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$5,000.00**

**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Loan**

Debtor 1 Ryan Dean Murphey — Case number (if known) 26-40141
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.22 M2 EQUIPMENT FINANCE** — **$66,665.00**
Nonpriority Creditor's Name
20800 SWENSON DR STE 475
Number Street

WAUKESHA, WI 53186
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Services

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**4.23 MANKATO CLINIC LTD** — **$319.00**
Nonpriority Creditor's Name
PO BOX 8674
Number Street

MANKATO, MN 56002-8674
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Services

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Debtor 1 Ryan Dean Murphey (First Name / Middle Name / Last Name) Case number (*if known*) 26-40141

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.24 **MAYO HEALTH SYSTEM**
Nonpriority Creditor's Name
**PATIENT ACCOUNTS**
**4500 SAN PABLO RD S**
Number Street
**JACKSONVILLE, FL 32224-1865**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$1,300.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify ________

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

4.25 **MEGHANA& SAN JUNA INC**
Nonpriority Creditor's Name
**16955 ENFIELD WAY**
Number Street
**LAKEVILLE, MN 55044-4771**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$65,000.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collection Agency**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Debtor 1 **Ryan** **Dean** **Murphey** Case number *(if known)* **26-40141**
First Name Middle Name Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.26 **MIKE COOPER**
Nonpriority Creditor's Name
**2701 15TH AVE NW**
Number Street

**AUSTIN, MN 55912-6373**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$145,931.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Loan**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.27 **MINNESOTA ENERGY RESOURCES**
Nonpriority Creditor's Name
**P O BOX 2176**
Number Street

**SCOTTSBLUFF, NE 69363**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$281.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Ryan Dean Murphey Case number (if known) 26-40141
First Name Middle Name Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.28** **PROFESSIONAL ACCOUNT MANAGEMENT** — **$100.00**
Nonpriority Creditor's Name
**PO BOX 500**
Number Street

**HORSEHEADS, NY 14845-0500**
City State ZIP Code

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify ____

**4.29** **PUCIN & FRIEDLAND** — **$4,960.00**
Nonpriority Creditor's Name
**1699 E WOODFIELD RD STE 360A**
Number Street

**SCHAUMBURG, IL 60173-4935**
City State ZIP Code

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collection Agency**

Debtor 1 Ryan Dean Murphey — Case number (if known) 26-40141
First Name Middle Name Last Name

**Part 2:** **Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.30 **ROCHESTER PLUMBING & HEATING CO**
Nonpriority Creditor's Name
**P O BOX 7125**
**2728 SEVENTH STREET NW**
Number Street
**ROCHESTER, MN 55903-7125**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$1,654.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.31 **ROYAL CREDIT UNION**
Nonpriority Creditor's Name
**P O BOX 970**
Number Street
**EAU CLAIRE, WI 54702-0970**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$13,265.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Loan**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Ryan Dean Murphey — Case number (if known) 26-40141

First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

4.32 **THE RECEIVABLE MANAGEMENT SERVICE**
Nonpriority Creditor's Name
**PO BOX 5000**
Number Street

**FOGELSVILLE, PA 18051-5000**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **$188.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collection Agency**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.33 **TONNA MECHANICAL, INC**
Nonpriority Creditor's Name
**2411 7TH STREET NW**
Number Street

**ROCHESTER, MN 55901**
City State ZIP Code

**Last 4 digits of account number** 3 1 9 4 — **$3,322.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Ryan Dean Murphey (First Name / Middle Name / Last Name) Case number *(if known)* 26-40141

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.34 **TX TAG**
Nonpriority Creditor's Name
**PO BOX 650740**
Number Street

**DALLAS, TX 75265-0740**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$39.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collection Agency**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

4.35 **U.S. DEPARTMENT OF EDUCATION**
Nonpriority Creditor's Name
**OFFICE OF GENERAL COUNSEL**
**400 MARYLAND AVE SW SUITE 6E300**
Number Street
**WASHINGTON, DC 20202-2110**
City State ZIP Code

**Last 4 digits of account number** 3 7 4 9 **$118,304.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ❑ Other. Specify ________

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Debtor 1 Ryan Dean Murphey — Case number (if known) 26-40141
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

4.36 **UNITED BUILDERS OF BLUE EARTH, INC** — **$21,781.00**

Nonpriority Creditor's Name

**PO BOX 157**

Number Street

**BLUE EARTH, MN 56013**

City State ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 2023

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business debt**

4.37 **VIRTUOSO SOURCING GROUP** — **$132.00**

Nonpriority Creditor's Name

**4500 E CHERRY CREEK SOUTH DR STE 500**

Number Street

**GLENDALE, CO 80246-1500**

City State ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collection Agency**

Debtor 1 Ryan Dean Murphey — Case number (if known) 26-40141

First Name / Middle Name / Last Name

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**1.** CREDIT COLLECTION SERVICES (Name)
725 CANTON STREET (Number Street)
NORWOOD, MA 02062 (City State ZIP Code)

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.1 of *(Check one)*:
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 1 9 3 1

**2.** AUSTIN CREDIT BUREAU (Name)
P O BOX 56
401 NORTH MAIN STREET SUITE 206 (Number Street)
AUSTIN, MN 55912-0056 (City State ZIP Code)

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.2 of *(Check one)*:
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**3.** HINSHAW & CULBERTSON (Name)
250 NICOLLET MALL (Number Street)
MINNEAPOLIS, MN 55401-1931 (City State ZIP Code)

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.3 of *(Check one)*:
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**4.** TSI (Name)
PO BOX 15618 DEPT 938 (Number Street)
WILMINGTON, DE 19850-5618 (City State ZIP Code)

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.4 of *(Check one)*:
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**5.** GREENBURG, GRANT & RICHARDS (Name)
5858 WESTHEIMER RD STE 500 (Number Street)
HOUSTON, TX 77057-5645 (City State ZIP Code)

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.20 of *(Check one)*:
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**6.** DOBBERSTEIN LAW FIRM (Name)
PO BOX 470 (Number Street)
BROOKFIELD, WI 53008-0470 (City State ZIP Code)

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.22 of *(Check one)*:
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1 Ryan Dean Murphey — Case number (if known) 26-40141

First Name / Middle Name / Last Name

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

**7.** L.J. ROSS ASSOCIATES
Name
4 UNIVERSAL
Number Street

JACKSON, MI 49202
City State ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.27 of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**8.** RADIUS GLOBAL SOLUTIONS LLC
Name
P O BOX 390846
Number Street

MINNEAPOLIS, MN 55439
City State ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.27 of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**9.** TRANSWORLD SYSTEMS
Name
DEPT 938
P O BOX 15618
Number Street
WILMINGTON, DE 19850-5618
City State ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.33 of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 1 2 9 4

**10.** NELNET
Name
ATTN: CLAIMS
PO BOX 82505
Number Street
LINCOLN, NE 68501-2505
City State ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.35 of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1 **Ryan** **Dean** **Murphey** Case number *(if known)* **26-40141**
First Name Middle Name Last Name

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | | | Total claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | | $0.00 |

| | | | | | Total claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | | $118,304.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + | $685,272.21 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | | $803,576.21 |

Fill in this information to identify your case:

Debtor 1: Ryan (First Name) Dean (Middle Name) Murphey (Last Name)

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Minnesota

Case number (if known): 26-40141

Check if this is:
- ☑ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date: MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | | Social Worker |
| **Employer's name** | | Independent School District 2134 |
| **Employer's address** | Number Street<br>City State ZIP Code | 600 11th St Sw (Number Street)<br>Wells, MN 56097-2200 (City State ZIP Code) |
| **How long employed there?** | | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $7,505.92 |
| 3. **Estimate and list monthly overtime pay.** | 3. + | $0.00 | + $0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $0.00 | $7,505.92 |

Debtor 1 Ryan Dean Murphey — Case number (if known) 26-40141

First Name / Middle Name / Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** ... → | 4. | $0.00 | $7,505.92 |
| 5. **List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | $1,113.10 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $600.48 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $141.68 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| 5e. **Insurance** | 5e. | $0.00 | $214.70 |
| 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| 5h. **Other deductions.** Specify: | 5h. + | $0.00 | + $0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $0.00 | $2,069.96 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $5,435.96 |
| 8. **List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | ($2,703.39) | $0.00 |
| 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $0.00 | $0.00 |
| 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h. **Other monthly income.** Specify: | 8h. + | $0.00 | + $0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | ($2,703.39) | $0.00 |

10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. — 10. ($2,703.39) + $5,435.96 = $2,732.57

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: — 11. + $0.00

Debtor 1 **Ryan** **Dean** **Murphey** Case number *(if known)* **26-40141**
First Name Middle Name Last Name

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies 12. **$2,732.57**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

| Debtor 1 | Ryan | Dean | Murphey | Case number *(if known)* 26-40141 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

8a. Attached Statement

## Business Income

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | | |
|---|---|---|---|
| 1. Gross Monthly Income: | | | **$11,761.42** |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | | |
|---|---|---|---|
| 2. Ordinary and necessary expense | | **$0.00** | |
| 3. Net Employee Payroll (Other than debtor) | | **$5,767.72** | |
| 4. Payroll Taxes | | **$0.00** | |
| 5. Unemployment Taxes | | **$0.00** | |
| 6. Worker's Compensation | | **$0.00** | |
| 7. Other Taxes | | **$0.00** | |
| 8. Inventory Purchases (Including raw materials) | | **$3,117.00** | |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | **$0.00** | |
| 10. Rent (Other than debtor's principal residence) | | **$2,396.26** | |
| 11. Utilities | | **$539.60** | |
| 12. Office Expenses and Supplies | | **$839.11** | |
| 13. Repairs and Maintenance | | **$0.00** | |
| 14. Vehicle Expenses | | **$0.00** | |
| 15. Travel and Entertainment | | **$0.00** | |
| 16. Equipment Rental and Leases | | **$0.00** | |
| 17. Legal/Accounting/Other Professional Fees | | **$525.00** | |
| 18. Insurance | | **$185.84** | |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | **$16.87** | |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | | | |
| TOTAL PAYMENTS TO SECURED CREDITORS | | **$0.00** | |
| 21. Other Expenses | | | |
| **Advertising** | **$568.33** | | |
| **Office Expenses** | **$29.42** | | |
| **State Taxes** | **$479.66** | | |
| TOTAL OTHER EXPENSES | | **$1,077.41** | |
| 22. TOTAL MONTHLY EXPENSES (Add item 2 - 21) | | | **$14,464.81** |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | |
|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1) | **($2,703.39)** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Ryan | Dean | Murphey |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of Minnesota | | |
| Case number (if known) | 26-40141 | | |

Check if this is:
- ☑ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

______________
MM / DD / YYYY

# Official Form 106J

## Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☑ No. Go to line 2.
   - ☐ Yes. **Does Debtor 2 live in a separate household?**
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?** Do not list Debtor 1 and Debtor 2. Do not state the dependents' names.
   - ☐ No
   - ☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Spouse | | ☑ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ☑ No
   - ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $0.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $1,315.39 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $50.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $0.00 |

Debtor 1 **Ryan** **Dean** **Murphey** Case number *(if known)* **26-40141**
First Name Middle Name Last Name

| | | | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | **$3,022.82** |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$657.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$0.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$753.98** |
| | 6d. Other. Specify: ____ | 6d. | **$0.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$1,200.00** |
| 8. | **Childcare and children's education costs** | 8. | **$0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$0.00** |
| 10. | **Personal care products and services** | 10. | **$0.00** |
| 11. | **Medical and dental expenses** | 11. | **$30.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$300.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$0.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | **$0.00** |
| | 15b. Health insurance | 15b. | **$0.00** |
| | 15c. Vehicle insurance | 15c. | **$0.00** |
| | 15d. Other insurance. Specify: ____ | 15d. | **$0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: ____ | 16. | **$0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | **$595.43** |
| | 17b. Car payments for Vehicle 2 | 17b. | **$0.00** |
| | 17c. Other. Specify: ____ | 17c. | **$0.00** |
| | 17d. Other. Specify: ____ | 17d. | **$0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | **$0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: ____ | 19. | **$0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | **$0.00** |
| | 20b. Real estate taxes | 20b. | **$0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | **$0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | **$0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. | **$0.00** |

Debtor 1 **Ryan** **Dean** **Murphey** Case number *(if known)* **26-40141**
First Name Middle Name Last Name

21. **Other.** Specify: **See Additional Page** 21. + **$2,423.07**

22. **Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | 22a. | **$10,347.69** |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | **$0.00** |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$10,347.69** |

23. **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 (your combined monthly income) from *Schedule I*. | 23a. | **$2,732.57** |
| 23b. Copy your monthly expenses from line 22c above. | 23b. | – **$10,347.69** |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | **($7,615.12)** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.

Debtor 1 **Ryan** **Dean** **Murphey** Case number *(if known)* **26-40141**
First Name Middle Name Last Name

| | Amount |
|---|---|
| 21. **Other** | |
| Gym membeship | $64.70 |
| Chase credit card | $326.00 |
| 403 B Loan | $625.35 |
| Department of Revenue | $100.00 |
| Wells Fargo | $148.27 |
| Advancial Credit Union | $108.75 |
| School Charges | $50.00 |
| Ryan's student loan (deferred until July 2026) | $1,000.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Ryan | Dean | Murphey |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Minnesota

Case number (if known) 26-40141

☑ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

## Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. ***Schedule A/B: Property*** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $590,150.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $84,210.46 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $674,360.46 |

## Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* | $1,126,410.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $803,576.21 |
| **Your total liabilities** | $1,929,986.21 |

## Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* | $2,732.57 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* | $10,347.69 |

Debtor 1 **Ryan** **Dean** **Murphey** Case number *(if known)* **26-40141**
First Name Middle Name Last Name

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   - ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   - ☑ Yes

7. **What kind of debt do you have?**
   - ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   - ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income***: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. ______

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| **From Part 4 on Schedule E/F, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | |
| 9d. Student loans. (Copy line 6f.) | **$118,304** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + |
| 9g. **Total**. Add lines 9a through 9f. | **$118,304** |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Ryan Murphey Case No. 26-40141

Debtor(s).

**SUMMARY OF AMENDMENTS TO VOLUNTARY PETITION, LISTS, SCHEDULES AND STATEMENTS**

1. Attached to this form are the following amended documents:

- ☐ Petition
- ☐ Schedule A/B
- ☐ Schedule C
- ☐ Schedule D
- ☑ Schedule E/F
- ☐ Schedule G
- ☐ Schedule H
- ☑ Schedule I
- ☑ Schedule J
- ☐ Schedule J-2
- ☑ Summary of assets and liabilities and certain statistical information (note that this Summary MUST BE submitted with any amended schedule)
- ☐ Statement of financial affairs
- ☐ Statement of intention
- ☐ Statement of current monthly income/means test calculation
- ☐ Other (specify):

2. For each amended document attached, clearly identify all changes (additions and deletions) to the amended document when compared with the original or most recent amendment:

Schedule I Part 1 Debtor 2 1. Now Employeed, Social Worker, Independent School District 2134, 600 11th Street SW, Wells, MN 56097-2200. - Part 2 Debtor 2 NOW 2. $7505.92; 4. $7505.92; 5a $1113.10; 5b $600.48; 5c $141.68; 5e $214.70; 6. $2069.96; 7. $5435.96; 10. $(2703.39) + $5435.96 = $2732.57; 12 $2732.57

Schedule J Part 2 Now 4b. $1315.39; 5. $3022.82; 6a. $657; 6c. $753.98; 7. $1200.00; 11. $30; 12. $300; 17a $595.43; 21 $2,423.07; 22a $10347.69; 22c. $10347.69; 23a $2732.57; 23b $10347.69; 23c($7615.12); 21. Other Gym $64.70; Chase $326; 403B $625.35; Dept. Rev $100; Wells Fargo $148.27; Advancial CU $108.75; School $50; Ryans Student Loan $!000

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Ryan Murphey

Case No. 26-40141

Debtor(s).

**SUMMARY OF AMENDMENTS TO VOLUNTARY PETITION, LISTS, SCHEDULES AND STATEMENTS**

1. Attached to this form are the following amended documents:

- ☐ Petition
- ☐ Schedule A/B
- ☐ Schedule C
- ☐ Schedule D
- ☑ Schedule E/F
- ☐ Schedule G
- ☐ Schedule H
- ☑ Schedule I
- ☑ Schedule J
- ☐ Schedule J-2
- ☑ Summary of assets and liabilities and certain statistical information (note that this Summary MUST BE submitted with any amended schedule)
- ☐ Statement of financial affairs
- ☐ Statement of intention
- ☐ Statement of current monthly income/means test calculation
- ☐ Other (specify):

2. For each amended document attached, clearly identify all changes (additions and deletions) to the amended document when compared with the original or most recent amendment:

Continued - Page 2
Schedule E/F Part 2 NOW CBE Group Inc (1 only) $4586; NOW City of Warren $4736.71; NOW Dental Center $1333; NOW U.S. Department of Education $118,304; NOW United Builders of Blue Earth Inc, $21781; Part 3 10. Nelnet; Part 4 6f. $118,304, 6i $685,272.21, 6j $803,576.21

Summary Part 1 NOW 1b. $84,210.46; 1c. $674,360.46; Part 2 NOW 2. $1,126,410, 3b. $803,576.21; Total Liabilities $1,929,986.21; PART 3 4. $2,732.57, 5. $10,347.69, 9d $118,304; 9g. $118,304.

-----------------------------------------------------------------------------------------------

# UNSWORN CERTIFICATE OF SERVICE

-----------------------------------------------------------------------------------------------

In Re:

Ryan Dean Murphey

Bky File No.: 26-40141

I, Gina Peterson, declare under penalty of perjury that on May 14, 2026 I mailed copies of the attached Amended Schedules E, F, I, J and Amended Summary of Your Asset and Liabilities and Certain Statistical Information by first class mail postage prepaid to each entity named below at the address stated:

Case Number: 26-40141

Community Bank Owatonna
David A. Lutz
120 South Sixth Street, Suite 1515
Minneapolis, Minnesota 55402-1817

Lincoln Savings Bank
Michael S. Dove
GISLASON & HUNTER LLP
2700 South Broadway
P.O. Box 458
New Ulm, MN 56073-0458

Alerus Financial, National Association
Nauni Manty
150 South Fifth Street, Suite 3125
Minneapolis, MN 55402

Minneapolis
301 Diana E. Murphy U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320
(Electronically)

Advancial Federal Credit Union
Po Box 276711
Sacramento, CA 95827-6711

Alerus Financial
P O Box 64533
Saint Paul, MN 55164-0533

Altra Federal Credit Union
PO Box 443
La Crosse, WI 54602-0800

American Family Insurance Group
P O Box 1246
Mpls, MN 55440-1246

Austin Credit Bureau
P O Box 56
401 North Main Street Suite 206
Austin, MN 55912-3309

Austin Utilities
1908 14th Street NE
Austin, MN 55912-4904

Balboa Capital
575 Anton Blvd
Costa Mesa, CA 92626-7685

Bevcomm
123 W 7th St
Blue Earth, MN 56013-1309

Bratt Tree
5612 Corvallis Ave N
Minneapolis, MN 55429-3564

CBE Group Inc
1309 Technology Pkwy
Cedar Falls, IA 50613-6976

Citibank N.A.
P O Box 790110
Saint Louis, MO 63179-0110

City of Warren
120 E Bridge Ave
Warren, MN 56762-1503

Collection Bureau of America
Po Box 5013
Hayward, CA 94540-5013

Collection Bureau of Little Falls
Po Box 246 120 19th Street Se
Little Falls, MN 56345-0246

Community Bank Owatonna
640 W Bridge St
Owatonna, MN 55060-2702

Credit Bureau of Alexandria
2308 S Broadway st Ste 9
Alexandria, MN 56308-4517

Credit Collection Services
725 Canton Street
Norwood, MA 02062-2679

D.S. Erickson & Associates
7650 Edinborough Way Suite 500
Edina, MN 55435-6005

Dean Swenson
60313 210th Ave
Dodge Center, MN 55927-8020

Dental Center
2800 4th St Sw
Mason City, IA 50401-1596

Dobberstein Law Firm
Po Box 470
Brookfield, WI 53008-0470

Garden Valley
206 Vance Ave S P O Box 259
Erskine, MN 56535-0259

Grand Fork Herald
3535 S 31st Street Suite 5
Grand Forks, ND 58201-3591

Greenburg, Grant & Richards
5858 Westheimer Rd Ste 500
Houston, TX 77057-5645

Guardian Pest solutions
3131 Halvor Ln
Superior, WI 54880-2273

Harris & Harris
111 West Jackson Blvd Suite 400
Chicago, IL 60604-4135

Hinshaw & Culbertson
250 Nicollet Mall
Minneapolis, MN 55401-7549

Jem, Inc.
13822 Mallard Trail
Rogers, MN 55374-8994

Jennifer Murphy
610 2nd Ave SW
Wells, MN 56097-1316

Jones, Haugh. Smith
515 S Washington Ave
Albert Lea, MN 56007-2691

Kwik Trip Inc
P O Box 1597
La Crosse, WI 54602-1597

L.J. Ross Associates
4 Universal
Jackson, MI 49202-1455

Latvian Credit Union
3152 17th Ave S
Minneapolis, MN 55407-1821

Lincoln Savings Bank
302 Main St
Cedar Falls, MN 50613-2721

Linderm dba Les Nelson Investments
1524 Us Highway 18 W P O Box 607
Clear Lake, IA 50428-0607

M2 Equipment Finance
20800 Swenson Dr Ste 475
Waukesha, WI 53186-2075

Mankato Clinic LTD
Po Box 8674
Mankato, MN 56002-8674

Mayo Health System
Patient Accounts
4500 San Pablo Rd S
Jacksonville, FL 32224-1865

Meghana& San Juna Inc
16955 Enfield Way
Lakeville, MN 55044-4771

Mike Cooper
2701 15th Ave Nw
Austin, MN 55912-6373

Minnesota Energy Resources
P O Box 2176
Scottsbluff, NE 69363-2176

Nauni Manti
150 S 5th St Ste 3125
Minneapolis, MN 55402-4221

Nelnet
Attn: Claims
PO Box 82505
Lincoln, NE 68501-2505

NewRez, LLC
1100 Virginia Dr Ste 125
Ft Washington, PA 19034-3235

Pawn Works
1301 Riverwood Dr
Burnsville, MN 55337-1547

PROFESSIONAL ACCOUNT MANAGEMENT LLC
PO BOX 500
HORSEHEADS NY 14845-0500

Pucin & Friedland
935 National Pkwy Ste 40
Schaumburg, IL 60173-5150

Radius Global Solutions LLC
P O Box 390846
Minneapolis, MN 55439-0846

Rochester Plumbing & Heating Co
P O Box 7125
2728 Seventh Street NW
Rochester, MN 55903-7125

Royal Credit Union
P O Box 970
Eau Claire, WI 54702-0970

TSI
Po Box 15618 Dept 938
Wilmington, DE 19850-5618

Tonna Mechanical, Inc
2411 7th Street NW
Rochester, MN 55901-7635

Transworld Systems
Dept 938
P O Box 15618
Wilmington, DE 19850-5618

Tx Tag
Po Box 650740
Dallas, TX 75265-0740

U. S. Small Business Administration
Commercial Loan Servicing Center
2719 North Air-Fresno Drive Suite 107
Fresno, CA 93727-1547

U.S. Department of Education
Office of General Counsel
400 Maryland Ave SW Suite 6E300
Washington, DC 20202-2110

US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415-3070

VIRTUOSO SOURCING GROUP
4500 CHERRY CREEK DRIVE SOUTH SUITE 500
GLENDALE CO 80246-1500

the Receivable Management Service
Po Box 5000
Fogelsville, PA 18051-5000

Mary Jo A Jensen-Carter
Buckley & Jensen
1257 Gun Club Road
White Bear Lake, MN 55110-3379

Ryan Dean Murphey
4432 Shoreline Dr
Minneapolis, MN 55422-1504

Total Labels 62

Executed on: May 14, 2026

Signed:/e/Gina Peterson
Gina Peterson
Bodensteiner Law Office
202 West Oakland Avenue
Austin MN 55912
(507)437-7686